```
                    UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF COLORADO

In re:                          )
                                )
CORSENTINO DAIRY FARMS, INC.    )    Case No. 10-32776-SBB
EIN: 84-0730934                 )
                                )    Chapter 12
      Debtor.                   )
```

## MOTION FOR JOINT ADMINISTRATION

Debtor, Corsentino Dairy Farms, Inc., ("Corsentino Dairy Farms"), by its attorney, Guy Humphries, and pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1 moves for an Order for Joint Administration of the two Chapter 12 cases captioned Corsentino Dairy Farms, Inc., Case No. 10-32776-SBB and Brett and Nancy Corsentino, Case No. 10-32781-ABC. As grounds therefore, Corsentino Dairy Farms states:

1. The Debtor, Corsentino Dairy Farms, filed a petition for relief under Chapter 12 of the Bankruptcy Code on September 7, 2010 and operates as a Debtor-in-Possession.

2. Brett Corsentino and Nancy Corsentino filed a joint petition for relief under Chapter 12 of the Bankruptcy Code on September 7, 2010 and remain as Debtors-in-Possession.

3. Corsentino Dairy Farms is a closely held Colorado corporation. Brett Corsentino owns a 58.90% interest in Corsentino Dairy Farms.

4. The issues that will need to be resolved in both of these cases will be, to a great extent, identical. The cases will involve common factual and legal issues.

5. Corsentino Dairy Farms operates a large dairy farm in Huerfano County, Colorado. The major liabilities of Corsentino Dairy Farms are guaranteed by Brett and Nancy Corsentino. The Corsentino Dairy Farms Plan of Reorganization will by necessity require a resolution of the issues in Brett and Nancy Corsentinos' case.

6. The Corsentino Dairy Farms Chapter 12 was the earlier filed case and pursuant to Local Bankruptcy Rule 1015-1, joint administration should occur under that case.

7. A similar Motion for Joint Administration is being filed in the Brett and Nancy Corsentino case.

WHEREFORE, Corsentino Dairy Farms requests that, pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1, its Chapter 12 case be jointly administered with the Brett and Nancy Corsentino Chapter 12 case; that the two cases be jointly administered under the Corsentino Dairy Farms Bankruptcy, Case No. 10-32776-SBB; and for such further and additional relief as to the Court deems appropriate.

Dated:  September 7, 2010     Respectfully submitted,

  s/ Guy Humphries
Guy Humphries, #10541
1801 Broadway, Suite 1100
Denver, CO 80202
303-832-0029
303-292-4385-FAX
guyhumphries@msn.com

ATTORNEY FOR CORSENTINO DAIRY FARMS

**CERTIFICATE OF MAILING**

    I hereby certify that on the 8th day of September, 2010, a true and correct copy of the foregoing **MOTION FOR JOINT ADMINISTRATION** has been deposited in the United States mail, postage prepaid and properly addressed to the following:

United States Trustee
999 18th Street, Suite 1551
North Tower
Denver, CO 80202

Daniel Hepner, Esq.
9101 Harlan St., Suite 260
Westminster, CO 80031

                                              _s/ Rosalie Brennan_